IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHERYL TOLLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:09-CV372–HEH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on April 22, 2010. Having reviewed the R&R and Plaintiff's Objections (Dk. No. 16) thereto, this Court HEREBY OVERRULES Plaintiff's Objections and ACCEPTS and ADOPTS the R&R for the reasons stated in the accompanying Memorandum Opinion. In accordance with the R&R, the Plaintiff's Motion for Summary Judgment (Dk. No. 9) and Motion to Remand (Dk. No. 10) are DENIED. The Defendant's Motion for Summary Judgment (Dk. No. 14) is GRANTED, and the final decision of the Commissioner is AFFIRMED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

Entered: Sept. 2, 2010

/s/
Henry E. Hudson
United States District Judge